UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PDB LIMITED,

                Plaintiff,

-against-

PETRÓLEOS DE VENEZUELA S.A. and PDVSA PETRÓLEO, S.A.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  _6/27/2024_

23 Civ. 10843 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The Court has reviewed the parties' joint letter dated June 26, 2024.  ECF No. 28.  It is "well established that default judgments are disfavored," and that there is a strong preference for resolving disputes on the merits.  *Pecarsky v. Galaxiworld.com, Ltd.*, 249 F.3d 167, 174 (2d Cir. 2001).  "[W]hen doubt exists as to whether a default should be granted or vacated, the doubt should be resolved in favor of the defaulting party."  *Enron Oil Corp. v. Diakuhara*, 10 F.3d 90, 96 (2d Cir. 1993).  Accordingly, because Defendants have now appeared and raised defenses to this action, the certificate of default at ECF No. 18 is VACATED.

       Further:

1. Defendant Petróleos de Venezuela, S.A.'s request to file a motion to dismiss for lack of personal jurisdiction is GRANTED;
2. By **August 5, 2024**, Defendant shall file its motion papers;
3. By **August 26, 2024**, Plaintiff shall file its opposition papers; and
4. By **September 9, 2024**, Defendant shall file its reply, if any.

       SO ORDERED.

Dated: June 27, 2024
       New York, New York

                                                            ANALISA TORRES
                                                  United States District Judge