UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
PDB LIMITED,

            Plaintiff,

  -v-

PETRÓLEOS DE VENEZUELA, S.A. and
PDVSA PETRÓLEO, S.A.,

            Defendants.

---------------------------------------------------------- X

Case No. 1:23-cv-10843-AT
[Rel. No. 1:23-cv-09933-AT]

## NOTICE OF DEFENDANT PETRÓLEOS DE VENEZUELA, S.A.'S MOTION TO DISMISS

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Defendant Petróleos de Venezuela, S.A.'s Motion to Dismiss, the Declaration of Horacio Francisco Medina Herrera, and such evidence and argument as the Court may allow, Petróleos de Venezuela, S.A. will make a motion before the Honorable Analisa Torres, at the United States District Court for the Southern District of New York, 500 Pearl St., New York, New York, 10007, on August 5, 2024, for an order pursuant to Federal Rule of Civil Procedure 12(b)(2) dismissing this action for lack of personal jurisdiction.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Court's order entered in this action on June 27, 2024, Plaintiff's opposition to PDVSA's motion shall be filed by August 26, 2024, and PDVSA's reply in further support of its motion shall be filed by September 9, 2024.

Dated: New York, New York
       August 5, 2024

Respectfully submitted,
VINSON & ELKINS LLP

*/s/ Dora Georgescu*
Dora Georgescu
1114 Avenue of the Americas
32nd Floor
New York, NY 10036
Telephone: (212) 237-0186
dgeorgescu@velaw.com

Andreina Escobar
845 Texas Avenue
Suite 4700
Houston, TX 77002
Telephone: (713) 758-2556
aescobar@velaw.com

*Counsel for Defendant*
*Petróleos de Venezuela, S.A.*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on August 5, 2024, a true and correct copy of the foregoing document was served on counsel for Plaintiff via CM/ECF.

                 */s/ Dora Georgescu*            .
                 Dora Georgescu
                 New York State Bar No. 5433131
                 1114 Avenue of Americas
                 32nd Floor
                 New York, NY 10036
                 Telephone: (212) 237-0186
                 Email: dgeorgescu@velaw.com