UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PDB LIMITED,

                       Plaintiff,

-against-

PETRÓLEOS DE VENEZUELA S.A. and PDVSA PETRÓLEO, S.A.,

                       Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  08/28/2024
```

23 Civ. 10843 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On June 27, 2024, the Court granted Defendant Petróleos de Venezuela, S.A.'s request to file a motion to dismiss. ECF No. 29. Defendant filed its motion on August 5, 2024. ECF No. 30. On August 23, 2024, Plaintiff filed an amended complaint.[1] ECF No. 35.

      Accordingly, by **September 4, 2024**, Defendant shall inform the Court whether, in light of the amended complaint, it intends to rely on its previously filed motion to dismiss. *See* Individual Practices R. III(B)(iv).

      SO ORDERED.

Dated: August 28, 2024
       New York, New York

                                                      ANALISA TORRES
                                                 United States District Judge

---

[1] Plaintiff did not timely notify the Court of its intent to do so under Rule III(B)(iv) of the Court's Individual Practices in Civil Cases.