**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------------X
PDB Limited,

                     Plaintiff,

      v.

Petroleos De Venezuela S.A. and PDVSA Petroleo, S.A.

                    Defendants.
------------------------------------------------------------------------------X

Case No.: 1:23-cv-10843-AT-JW

**STIPULATION AND [PROPOSED] ORDER OF SUBSTITUTION OF COUNSEL**

      **IT IS HEREBY** stipulated and agreed that Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel") and each of the undersigned attorneys are hereby relieved as counsel for Plaintiff in the above-captioned matter. Cohen Tauber Spievack & Wagner P.C. appears in place of Quinn Emanuel as counsel for Plaintiff.

      This Substitution of Counsel may be executed in counterparts by the signatories hereto including by facsimile, each of which shall constitute a duplicate original, and as so executed shall constitute one Stipulation.

Dated: December 4, 2024

| Outgoing Attorneys | Incoming Attorneys |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | COHEN TAUBER SPIEVACK & WAGNER P.C. |
| By: /s/ Charles Fenton Rice<br>Charles Fenton Rice<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Tel.: 212-849-7000<br>charlesrice@quinnemanuel.com | By: /s/ Sari E. Kolatch<br>Sari E. Kolatch<br>420 Lexington Avenue, Suite 2400<br>New York, NY 10170<br>Tel.: 212-586-5800<br>skolatch@ctswlaw.com |

Outgoing Attorneys
QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By: /s/ Debra Dubritz O'Gorman
 Debra Dubritz O'Gorman
 51 Madison Avenue, 22nd Floor
 New York, NY 10010
 Tel.: 212-849-7000
 debraogorman@quinnemanuel.com

Outgoing Attorneys
QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By: /s/ Laura Santos-Bishop
 Laura Santos-Bishop
 51 Madison Avenue, 22nd Floor
 New York, NY 10010
 Tel.: 212-849-7000
 laurasantosbishop@quinnemanuel.com

Outgoing Attorneys
QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By: /s/ Yehuda Goor
 Yehuda Goor
 51 Madison Avenue, 22nd Floor
 New York, NY 10010
 Tel.: 212-849-7000
 yehudagoor@quinnemanuel.com

Outgoing Attorneys
QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By: /s/ Dennis H. Hranitzky
 Dennis H. Hranitzky
 2755 E. Cottonwood Parkway, Suite 430
 Salt Lake City, Utah 84121
 Tel: 801-515-7300
 dennishranitzky@quinnemanuel.com

PDB LIMITED

By:_____
 Steve Bispham
 JTC Directors (BVI) Limited
 Corporate Director

SO ORDERED:

_____
 U.S.D.J