**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
PDB LIMITED,

                          Plaintiff,                    **ORDER**

                 -against-                    **23-CV-10843 (AT) (JW)**

PETRÓLEOS DE VENEZUELA S.A. and
PDVSA PETRÓLEO, S.A.

                        Defendants.
-------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

This case was referred to this Court for general pretrial and dispositive motions. Dkt. No. 57. The Court is in receipt of Plaintiff's request to file a second amended complaint and premature filing of the second amended complaint. Dkt. Nos. 64–65. Defendants oppose Plaintiff's request. Dkt. No. 66. Plaintiff's request is **GRANTED,** and the Second Amended Complaint filed at DKT. No. 56 shall serve as the operative complaint. Defendants have until **January 14, 2025**, to file a letter informing the Court whether their previous motion to dismiss is moot.

    SO ORDERED.

DATED:    New York, New York
                January 7, 2025

                                                      JENNIFER E. WILLIS
                                                      United States Magistrate Judge