# Vinson&Elkins

Marisa F. Antonelli  mantonelli@velaw.com
**Tel** +1.212.237.0151  **Fax** +1.917.849.5396

September 10, 2025

**Via CM/ECF and E-Mail**

Hon. Jennifer E. Willis
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square, Room 425
New York, NY 10007

      Re:    *PDB Ltd. v. Petróleos de Venezuela, S.A., et al.*, No. 23-cv-10843-AT:  Joint Status Update on Pending Settlement Negotiations

Dear Magistrate Judge Willis:

      We represent Defendants Petróleos de Venezuela, S.A. and PDVSA Petróleo, S.A. ("Defendants").  Pursuant to your Honor's August 13, 2025 Order, *see* ECF No. 82, we write on behalf of both parties to provide an update regarding the status of the parties' settlement negotiations and to respectfully request that the Court continue its stay of all discovery deadlines for an additional month.

      The parties have made substantial progress toward a final resolution, and have successfully negotiated an agreement in principle.  The parties agree that additional time is necessary to secure final approval and finalize the settlement.  Accordingly, the parties respectfully request that the Court continue its stay of all discovery deadlines.

      Should the Court be inclined to grant the requested stay, the parties propose that they will submit to the Court a joint status update on or before October 10, 2025.  In addition, the parties propose that if they are unable to reach a settlement, they will submit for the Court's consideration a revised proposed Case Management Plan resetting the remaining deadlines in the case.

      The parties appreciate the Court's consideration of this request.

**Vinson & Elkins LLP  Attorneys at Law**
Austin  Dallas  Denver  Dubai  Dublin  Houston  London
Los Angeles  New York  Richmond  San Francisco  Tokyo  Washington

The Grace Building, 1114 Avenue of the Americas, 32nd Floor
New York, NY 10036
**Tel** +1.212.237.0000  **Fax** +1.212.237.0100  velaw.com



Respectfully submitted,

*/s/ Marisa Antonelli*

Camilo Cardozo
Marisa Antonelli
Dora Georgescu
VINSON & ELKINS LLP
The Grace Building
1114 Avenue of the Americas
32nd Floor
New York, New York 10036
Telephone: (212) 237-0186
ccardozo@velaw.com
mantonelli@velaw.com
dgeorgescu@velaw.com

*Counsel for Defendants*
*Petróleos de Venezuela, S.A. and*
*PDVSA Petróleo, S.A.*

cc: All Counsel of Record (by ECF)