**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
PDB LIMITED,

<table>
<tr><td style="text-align:center">Plaintiff,</td><td style="text-align:center"><u>**ORDER**</u></td></tr>
<tr><td style="text-align:center">-against-</td><td style="text-align:center">**23-CV-10843 (AT) (JW)**</td></tr>
</table>

PETRÓLEOS DE VENEZUELA S.A. and
PDVSA PETRÓLEO, S.A.

                                        Defendants.
-----------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

On January 21, 2026, the Court ordered the parties to submit a joint status update on or before February 20, 2026 regarding settlement negotiations.  Dkt. No. 94.  The Court has not yet received an update.  As such, the parties are directed to provide a joint status update by **March 16, 2026**.

SO ORDERED.

DATED:    New York, New York
              March 12, 2026

                                        _____
                                        JENNIFER E. WILLIS
                                        United States Magistrate Judge