# Vinson&Elkins

Marisa F. Antonelli  mantonelli@velaw.com
**Tel** +1.212.237.0151  **Fax** +1.917.849.5396

> The request is **GRANTED** in part and **DENIED** in part.  The case is **STAYED** until **August 17, 2026**. Defendants must obtain substitute counsel by that date as well.  SO ORDERED.
>
> *Jennifer E. Willis*
> _____
> JENNIFER E. WILLIS
> United States Magistrate Judge
> July 17, 2026

July 16, 2026

**Via CM/ECF**

Hon. Jennifer E. Willis
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square, Room 425
New York, NY 10007

> Re:   *PDB Ltd. v. Petróleos de Venezuela, S.A., et al.*, **No. 23-cv-10843-AT:  Request for a 45-day Stay**

Dear Magistrate Judge Willis:

        We represent Defendants Petróleos de Venezuela, S.A. and PDVSA Petróleo, S.A. ("Defendants").  Pursuant to Rule I.C of your Honor's Individual Practices in Civil Cases, we write on behalf of Defendants to request a 45-day stay of the above action to allow sufficient time for Defendants to appoint new counsel.

        Since the commencement of this proceeding, Defendants' undersigned counsel, Vinson & Elkins LLP ("V&E"), has acted at the direction of the Ad Hoc Board of PDVSA (the "Ad Hoc Board"), a body formed by and acting on behalf of the Republic's National Assembly of 2015 (the "National Assembly") and, until earlier this year, the only entity authorized to represent Defendants' interests in proceedings before United States courts.

        The situation has materially changed.  Following the capture of Nicolás Maduro in January 2026, the United States government began engaging with the government of Delcy Rodríguez, the former Vice President and acting interim President of Venezuela.[1]  In March 2026, the United States government announced that it recognizes the Rodríguez government as the sole head of state of Venezuela.[2]  As a result of the political transition, Defendants are in the process of selecting new counsel, and have instructed V&E that it is not authorized to act on their behalf in this case.

---

[1]  *See* Press Release, U.S. Dep't of State, A Statement on U.S.-Venezuela Relations (Mar. 5, 2026), https://www.state.gov/releases/office-of-the-spokesperson/2026/03/a-statement-on-u-s-venezuela-relations.
[2] *See* Statement of Interest of the United States of America, *Stansell v. Revolutionary Armed Forces of Colombia (FARC)*, No. 1:16-mc-00405, ECF No. 621 (S.D.N.Y. Mar. 11, 2026).

**Vinson & Elkins LLP  Attorneys at Law**
Austin  Dallas  Denver  Dubai  Dublin  Houston  London
Los Angeles  New York  Richmond  San Francisco  Tokyo  Washington

The Grace Building, 1114 Avenue of the Americas, 32nd Floor
New York, NY 10036
**Tel** +1.212.237.0000  **Fax** +1.212.237.0100  velaw.com



The current deadline for completion of all discovery in this matter is July 20, 2026.  In light of this impending deadline and the ongoing transition in Defendants' representation in U.S. courts, V&E notified Plaintiffs' counsel of its intention to seek a stay.  Plaintiff has responded as follows:

*Plaintiff is willing to consent to a stay provided the Court enter an Order requiring Defendants to retain new counsel to appear by or before August 31, 2026.  Without such an Order, Plaintiff is concerned that Defendants will have little incentive to retain replacement counsel promptly, resulting in further delay of this action.*

Defendants respectfully request a 45-day stay of this action to allow Defendants to appoint new counsel.  There are no motions pending before the Court.

The parties appreciate the Court's consideration of this request.

Respectfully submitted,

/s/ Marisa Antonelli
Marisa Antonelli

*Counsel for Defendants Petróleos de Venezuela, S.A. and PDVSA Petróleo, S.A.*

cc:  All counsel of record (via ECF)