**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

PDB LIMITED,

Plaintiff,

-against-

PETRÓLEOS DE VENEZUELA S.A. and
PDVSA PETRÓLEO, S.A.

Defendants.

---------------------------------------------------------------X

**ORDER**

**23-CV-10843 (AT) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of defense counsel's motion to withdraw as counsel at Dkt. No. 106. The parties are to appear for a remote video conference via Microsoft Teams to discuss the motion on **September 3, 2026, at 2:30 PM**. A defendant representative is required to appear. Defense counsel is directed to send Defendants a copy of this order.

Parties can join the video conference using this link sent to all noticed attorneys, or on Microsoft Teams by entering Meeting ID 278 875 249 269 526 and Passcode db2co7Z2.

SO ORDERED.

DATED: New York, New York
August 20, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge