C | T | S | W
COHEN TAUBER SPIEVACK & W

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/23/2026

Sari E. Kolatch
e-mail: skolatch@ctswlaw.com

November 16, 2026

**Via ECF**

Hon. Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: *PDB Limited v. Petróleos de Venezuela S.A. and PDVSA Petróleo, S.A.*,
Case No. 1:23-cv-10843-AT

Dear Judge Torres:

This firm represents Plaintiff PDB Limited ("PDB"). Pursuant to Rule I(C) of Your Honor's Individual Practices, PDB respectfully requests a short extension, from Friday, November 27, 2026, to Wednesday, December 2, 2026, to file its opposition to Defendants' Objections to the Magistrate Judge's October 30, 2026 Ruling Denying an Extension of Time for Discovery. (Dkt. No. 123)

The extension is requested because I will be out of the office from November 25 through November 27 for the Thanksgiving holiday. This is Plaintiff's first request for an extension of this deadline. Defendants' counsel consents to this request.

Respectfully submitted,

Sari E. Kolatch

Sari E. Kolatch

cc: All counsel of record

GRANTED. By **December 2, 2026**, Plaintiff shall file its opposition to Defendants' objections.

SO ORDERED.

Dated: November 23, 2026
New York, New York

ANALISA TORRES
United States District Judge